Matthew R. Gunter, Esq., FBN 0077459
(Admitted *Pro Hac* Vice)
Email: mgunter@forthepeople.com
Arthur Petrousian Esq., CBN 270358
Email: apetrousian@forthepeople.com
MORGAN & MORGAN, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Tel: (407) 236-0946
Thomas L. Dickens, III, Esq., *Pro Hac* Vice
FBN No. 063867
Law Office of Marie A. Mattox, P.A.
203 N. Gadsden St.
Tallahassee, FL 32301
Email: thomas.dickens@mattoxlaw.com
Tel: (850) 383-4800
Email: thomas.dickens@mattoxlaw.com
Counsel for Plaintiff, Maria Lara

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ANDREA LARA,<br><br>  Plaintiff,<br><br>  v.<br><br>LOMA LINDA UNIVERSITY MEDICAL CENTER,<br><br>  Defendant. | CASE NO. 5:20-cv-02688-KK-PDx<br><br>District Judge Kenly Kiya Kato<br>Magistrate Judge Patricia Donahue<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, MARIA ANDREA LARA, by and through her undersigned counsel, pursuant to Local Rule 16.2, hereby notifies the Court that this case has settled. The parties are in the process of finalizing their agreement and will file a joint notice of dismissal with prejudice when finalized.

Dated this 5th day of January, 2024. Respectfully submitted,

          **s/ Matthew R. Gunter**
Matthew R. Gunter, Esq., FBN 0077459
(Admitted Pro Hac Vice)
Email: mgunter@forthepeople.com
Arthur Petrousian Esq. CBN 270358
Email: apetrousian@forthepeople.com
MORGAN & MORGAN, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
MORGAN & MORGAN, P.A.
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Tel: (407) 236-0946
Fax: (407) 867-4791

Thomas L. Dickens, III, Esq. - *Pro Hac* Vice
[FBN No. 063867]
Law Office of Marie A. Mattox, P.A.
203 N. Gadsden St.
Tallahassee, FL 32301
Email: thomas.dickens@mattoxlaw.com
Tel: (850) 383-4800
Fax: (850) 383-4803
Counsel for Plaintiff, Maria Lara

## CERTIFICATE OF SERVICE

I hereby certify that on January 5th, 2024, I electronically filed the foregoing document described as **Plaintiff's Notice of Settlement** to Magistrate Judge Donahue via e-mail to the chamber's e-mail address, PDChambers@cacd.uscourts.gov.

**MORGAN AND MORGAN**

By: **s/ Matthew R. Gunter**
Matthew R. Gunter, Esq., FBN 0077459
(Admitted Pro Hac Vice)